# United States Court of Appeals
## For the First Circuit

Nos. 19-1300
      19-1298
      19-1296

UNITED STATES OF AMERICA,

Appellee,

v.

DAVID JOEL VÉLEZ-ANDINO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this court issued on August 30, 2021, is corrected as follows:

On page 14, line 16, remove "There" and add the following:  "A finding of unreasonableness would, of course, comprise such an extraordinary circumstance, see United States v. Battle, 637 F.3d 44, 51-52 (1st Cir. 2011), but the refusal to depart in this case was far from unreasonable.  Simply put, there . . . "